UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 22 A 8:01
U.S. DISTRICT COURT
HARTFORD, CT.

CENDANT MOBILITY SERVICES CORP.,  :
    Plaintiff,  :
v.  : CASE NO. 3:03CV656 (RNC)
SPX CORPORATION,  :
    Defendant.  :

## NOTICE AND ORDER

On September 16, 2003, a default was entered pursuant to Fed. R. Civ. P. 55(a) as to defendant SPX Corporation.

A default having entered, the burden is now on the plaintiff to promptly move for entry of a default judgment. Accordingly, notice is hereby given that this case will be dismissed pursuant to Fed. R. Civ. P. 41(b) unless plaintiff files a motion for entry of a default judgment against the defendant on or before January 22, 2004.

The date set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 9.

So ordered.

Dated at Hartford, Connecticut this 19th day of December 2003.

                        Robert N. Chatigny
                     United States District Judge