UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| CENDANT MOBILITY SERVICES CORP., : | |
| Plaintiff, : | |
| v. : | CASE NO. 3:03CV656(RNC) |
| : | |
| SPX CORPORATION, : | |
| Defendant. : | |

## ORDER OF DISMISSAL

Default under Fed. R. Civ. P. 55(a) having been entered on September 16, 2003; and plaintiff having been ordered to file a motion for default judgment by October 31, 2003; plaintiff having failed to file such a motion or a motion for an extension of time; plaintiff having been further ordered to file a motion for default judgment by January 22, 2004; plaintiff having been notified that failure to file a motion by then would result in dismissal; plaintiff having failed once again to file such a motion, the complaint is hereby dismissed for failure to prosecute and failure to comply with the court's order of December 22, 2003. The Clerk will close the file.

It is so ordered.

Dated at Hartford, Connecticut this 5 day of February 2004.

Robert N. Chatigny
United States District Judge